FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 28 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GARY LABARBERA and FRANK FINKEL,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare,
Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds,

                            Plaintiffs,

-against-

CENTRAL DESIGN SYSTEMS, INC.,

                            Defendant.

------------------------------------------------------------------X

06-CV-2709 (ARR)(RML)

NOT FOR
ELECTRONIC OR PRINT
PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated November 2, 2006 from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the court grants plaintiffs' motion for default judgment. The court orders that judgment be entered against the defendant in the amount of $71,207.23. The total amount reflects: (a) $44,190.27 in unpaid principal from the period of January 2006 through May 2006 and for the amount owed from Audit 5-0648; (b) $13,028.26 in interest on unpaid principal;

1

(c) $8,838.03 in liquidated damages; (d) $4,001.85 in attorneys' fees; (e) $478.82 in reasonable costs; and (f) $670.00 in auditor's fees.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: November 27, 2006
Brooklyn, New York

SERVICE LIST:

<pre>
    Plantiffs' Attorney
    Avram H. Schreiber
    40 Exchange Place, Suite 1300
    New York, NY 10005


    Defendant
    Central Design Systems, Inc.
    81-W Modular Ave.
    Commack, NY 11725


cc:    Magistrate Judge Robert M. Levy
</pre>